# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JORDAN ANTHONY ANDRE

VERSUS

ARIANA MAE DELATTE

NO.  2022 CW 0964

**SEPTEMBER 23, 2022**

---

In Re:    Jordan Anthony Andre, applying for rehearing and rehearing en banc, Family Court in and for the Parish of East Baton Rouge, No. 228575.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**APPLICATION FOR REHEARING AND REHEARING EN BANC DENIED.**

**JEW**
**AHP**
**WIL**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT